May 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

**JAMES P. GRANTHAM, Appellant**

NO. 14-15-00227-CV                    V.

**J&B SAUSAGE COMPANY, INC., D/B/A J BAR B FOODS Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, J&B Sausage Company, Inc. d/b/a J Bar B Foods, signed December 3, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, James P. Grantham to pay all costs incurred in this appeal.

We further order this decision certified below for observance.